

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Timothy Fear | Civil Action No. 17cv2123-JLS-AGS |
| Petitioner, | |
| V. | |
| Fisher, Warden | **JUDGMENT IN A CIVIL CASE** |
| Respondent. | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Because this Court lacks jurisdiction to consider Petitioner's successive Petition, Respondent's Motion to Dismiss is granted and Petitioner's Petition is denied.

Date: 6/21/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ M. Lozano
M. Lozano, Deputy